UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DINA BATISTE

VERSUS

STRYKER CORPORATION AND
STRYKER SALES CORPORATION

CIVIL ACTION

NO.   19-574-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 20) dated April 22, 2020, to which no objection was filed,

**IT IS ORDERED** that the Plaintiff's Motion to Remand, (Doc. 7), is DENIED.

**IT IS FURTHER ORDERED** that Stryker's request for jurisdictional discovery and Plaintiff's request for costs and fees pursuant to 28 U.S.C. § 1447(c) are DENIED AS MOOT.

**IT IS FURTHER ORDERED** that this matter is referred to the Magistrate Judge for a scheduling conference.

Signed in Baton Rouge, Louisiana, on May 7, 2020.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**